**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __New Jersey__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: RankSense, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 46-3883985

4. **Debtor's address**

   **Principal place of business**
   199 Throckmorton Lane
   Number  Street

   Old Bridge    NJ    08857
   City    State    ZIP Code

   Middlesex
   County

   **Mailing address, if different from principal place of business**
   Number  Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street

   City    State    ZIP Code

5. **Debtor's website (URL)**: www.ranksense.com

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **RankSense, Inc.**  
Name

Case number (if known) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 1 9 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7  
☐ Chapter 9  
☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No  
☐ Yes.  District _____  When ____/____/_____  Case number _____  
           District _____  When ____/____/_____  Case number _____  
                            MM / DD / YYYY

Debtor  **RankSense, Inc.**  Case number (if known) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  Hamlet Batista Group, LLC     Relationship  Affiliate
     District  New Jersey                When _____
                                                           MM / DD /YYYY
     Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                             Number  Street

_____

_____
City                                                     State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name    _____
      Phone             _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor  RankSense, Inc.
Name

Case number (if known) _____

### 15. Estimated assets

- ☐ $0-$50,000
- ☒ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/01/2022
MM / DD / YYYY

✗ /s/ Yngra Odette Martinez Hernandez
Signature of authorized representative of debtor

Yngra Odette Martinez Hernandez
Printed name

Title  President

### 18. Signature of attorney

✗ /s/ Jay B. Feldman
Signature of attorney for debtor

Date  08/01/2022
MM / DD / YYYY

Jay B. Feldman, Esq.
Printed name

Leighton Feldman, LLC
Firm name

24622 East Main Street, P.O. Box 461
Number  Street

Columbus
City

NJ
State

08022
ZIP Code

609-298-4280
Contact phone

jay@leighton-law.com
Email address

008062007
Bar number

NJ
State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**LEIGHTON FELDMAN, LLC**
24622 East Main Street
P.O. Box 461
Columbus, New Jersey 08022
Tel: (609) 298-4280
e-mail: jay@leighton-law.com
JAY B. FELDMAN, ESQ.
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re<br><br>RankSense, Inc.,<br><br>Debtor. | Case No.:<br><br>Chapter 7 |

**VERIFICATION OF CREDITOR MATRIX**

I, as the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

/s/ Yngra Odette Martinez Hernandez
Yngra Odette Martinez Hernandez

Dated: August 1, 2022

## LIST OF CREDITORS

Marc Dreyfus
102 Browne Street
Brookline, MA 02446

JPMorgan Chase Bank, NA
PO Box 6185
Westerville, OH 43086

TD Bank, NA
ATTN: Bankruptcy
1398 Highway 9 N
Old Bridge, NJ 08857

Software Planet Group Ltd.
1 Farnham Road
Guilford
United Kingdom
Surrey GU2 4RG

NJ Division of Taxation
ATTN: Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Saldutti Law Group
ATTN: Robert L. Saldutti, Esq.
800 N Kings Highway
Suite 300
Cherry Hill, NJ 08034

Law Offices of Anne R. Grupp
ATTN: Anne R. Grupp, Esq.
1418 Carne Road
Suite 200
Ojai, CA 93023

The Kaplan Group
ATTN: Steven Torres
2250 King Court
Suite 50
San Luis Obispo, CA 93401

Hamlet Batista Group, LLC
199 Throckmorton Lane
Old Bridge, NJ 08857

Yngra Odette Martinez Hernandez
199 Throckmorton Lane
Old Bridge, NJ 08857

JPMorgan Chase Bank, NA
Collateral Mgmt Small Business
PO Box 6062 IL1-1145
Chicago, IL 60680

Union County Economic
Development
Corporation
75 Chestnut Street
Cranford, NJ 07016